UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Case no. 98-70750
                                 Honorable John Corbett O'Meara

v.

GLENDA D. BEVEL,

        Defendant.
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION

Before the court is Magistrate Judge Virginia M. Morgan's report and recommendation. No objections have been filed by the parties. The court having conducted a thorough review of the entire file;

IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the court's findings and conclusions.

                                                s/John Corbett O'Meara
                                                United States District Judge

Date: August 27, 2015

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, August 27, 2015, using the ECF system and/or ordinary mail.

s/William Barkholz
Case Manager
